# ReedSmith

Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572
510.763.2000
Fax 510.273.8832

**Lisa C. Hamasaki**
Direct Phone: 510.466.6867
Email: lhamasaki@reedsmith.com

September 9, 2005

Clerk of the Court
United States District Court
Northern District of California
280 S. First Street, #2112
San Jose, CA 95113-3008
(VIA E-FILING PROCESS)

Re: <u>MONICA RODRIGUEZ v. AREVA T&D, INC.</u>, Case No. C05-02032JF

Dear Clerk of the Court:

Attached please find the parties STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS / ADR CERTIFICATION for filing. In light of this stipulation, Defendant hereby withdraws its request for an ADR phone conference.

Very truly yours,

*[signature]*
Lisa C. Hamasaki

LCH:ke

Cc: Robert David Baker (w/ enclosures)
ADR Unit (via facsimile at 415.522.2146) (w/enclosures)

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG
reedsmith.com

DOCSOAK-9791578.1-LHAMASAKI

**E-filed 9/19/05**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> AREVA T&D, INC.; DOES 1-20, <br><br> Defendant. | No. C 05-02032 JF <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS <br><br> ADR CERTIFICATION |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☐ ENE    ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

The parties are in the process of selecting a mediator. The parties wish to conduct preliminary discovery before mediating.

Dated: 9/9/05    _____
             Attorney for Plaintiff

Dated: 9/9/05    _____
             Attorney for Defendant

IT IS SO ORDERED:

Dated: 9/19/05   /s/electronic signature authorized
             _____
             UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 9/8/05  Monica Rodriguez
[Typed name and signature of plaintiff]

Dated: 9/9/05  Robert David Baker
[Typed name and signature of counsel for plaintiff]

Dated: 08/26/05  HERTSBERG Daniel
Daniel Hertsberg
[Typed name and signature of defendant]

Dated: 8/30/05  Dean Riegelhuth
[Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2