**E-Filed 1/30/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MONICA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AREVA T&D, INC.,<br><br>　　　　　Defendant. | Case Number C 05-02032 JF<br><br>ORDER[1] TO SHOW CAUSE |

　　On April 5, 2005, Plaintiff Monica Rodriguez ("Rodriguez") filed the instant action against Defendant Areva T&D, Inc. in Santa Clara Superior Court. Rodriguez alleges claims for pregnancy discrimination, wrongful termination in violation of public policy, and violation of California Government Code § 12945.2. On May 18, 2005, Areva removed the instant action to federal court. On December 15, 2005, Plaintiff's counsel, Robert David Baker ("Baker"), filed a motion to withdraw as counsel of record on the ground that he has been unable to contact Rodriguez, which the Court has granted.

　　Baker stated in his declaration that Rodriguez has not kept appointments, has not returned

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-02032 JF
ORDER TO SHOW CAUSE
(JFLC1)

phone calls, and has not responded to the letter he sent to inform her that he would be withdrawing as counsel of record. Rodriguez did not oppose Baker's motion or appear at the hearing. Accordingly, it may be that Rodriguez has abandoned this action.

Rodriguez is ordered to show cause, in writing and within twenty-one ( 21) days, why this action should not be dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 30, 2006

_____
JEREMY FOGEL
United States District Judge

1   This Order has been served upon the following persons:

2   Robert David Baker          attyatlaw@earthlink.net

3   Lisa Hamasaki               lhamasaki@reedsmith.com

4   Douglas H. Riegelhuth       Driegelhuth@reedsmith.com,

5   Catherine S. Ryan
    Reed Smith LLP
6   435 Sixth Avenue
    Pittsburgh, PA 15219

7
    Monica Rodriguez
8   3343 Mount Logan Drive
    San Jose, CA 95127

3

Case No. C 05-02032 JF
ORDER TO SHOW CAUSE
(JFLC1)